UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

UNITED STATES OF AMERICA,

        -against-                                    17-cr-0601 (LAK)

JOESIAN ABRAHAM ORTIZ GARCIA,

        Defendant(s).

------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Defendant shall file any reply papers in support of his 2255 motion on or before December 28, 2020.

        The Clerk shall mail a copy of this order to the defendant and note on the docket that she did so.

        SO ORDERED.

Dated:     December 12, 2020

                                                _____
                                                Lewis A. Kaplan
                                               United States District Judge