UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
JOESIAN ABRAHAM ORTIZ GARCIA,

                Movant,

      -against-                                 20-cv-08505 (LAK)
                                                        (17-cr-00601 (LAK))
UNITED STATES OF AMERICA,

                Respondent.
------------------------------------- x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       The movant's emergency motion for reconsideration of the Court's January 25, 2021 order, which has not yet been docketed and which denied his Section 2255 motion, is denied

       SO ORDERED.

Dated:      February 7, 2021

                                                                                 Lewis A. Kaplan
                                                              United States District Judge