```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
UNITED STATES OF AMERICA,

                -against-                                          17-cr-0601 (LAK)

JOESIAN ABRAHAM ORTIZ GARCIA,

                Defendant.
------------------------------------------x
```

**ORDER**

LEWIS A. KAPLAN, *District Judge*.

      With respect to Defendant's motion for reconsideration (Dkt 44), a certificate of appealability is denied, and the Court certifies that any appeal herefrom would not be taken in good faith within the meaning of 28 U.S.C. §1915(a)(3).

      SO ORDERED.

Dated:     June 1, 2021

                                                                  Lewis A. Kaplan
                                                            United States District Judge