AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
### for the
### Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/2024

| | |
|---|---|
| United States of America<br>v.<br>JOESIAN ABRAHAM ORTIZ GARCIA | )<br>)<br>)<br>) Case No: 1:17-CR-601-01(LAK)<br>) USM No: 79497-054 |
| Date of Original Judgment:    05/23/2018<br>Date of Previous Amended Judgment:    N/A<br>*(Use Date of Last Amended Judgment if Any)* | )<br>) Michael Arthus, Esq.<br>) *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
    ☐ DENIED.    ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of    108    months **is reduced to**    87 months   .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated    05/23/2018    shall remain in effect.
**IT IS SO ORDERED.**

Order Date:    01/02/2024

*Judge's signature*

Effective Date:    02/01/2024
*(if different from order date)*

Hon. Lewis A. Kaplan, U.S.D.J.
*Printed name and title*